**Order entered March 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00450-CR

**ANTONIO PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-59304-K**

## ORDER

The reporter's record was originally due in this appeal on July 24, 2013. When the record was not received by September 12, 2013, this Court ordered the trial court to make findings regarding why the reporter's record has not been filed. The Court received the findings on December 11, 2013. On December 16, 2013, we adopted the trial court's findings regarding appellant's indigence and his desire to prosecute the appeal. We ordered court reporter Janice Garrett to file the reporter's record by January 31, 2014. We further ordered that Janice Garrett not sit as a court reporter until she files the record in this appeal. To date, Ms. Garrett has not filed the record nor has she communicated with the Court regarding any difficulties she is having complying with the Court's December 16, 2013 order. The appeal cannot proceed until the reporter's record is filed.

Accordingly, this Court **ORDERS** the Honorable Dominique Collins, Presiding Judge of the Criminal District Court No. 4, to make findings regarding why Janice Garrett has not filed the reporter's record in this appeal. Specifically, the trial court shall determine whether: (1) Janice Garrett is deliberately disobeying orders of this Court; and (2) whether Ms. Garrett has lost the notes of the proceedings in this case; and (3) if she has not lost the notes of the proceedings in this case, whether Ms. Garrett should be required to surrender the notes of his case to the trial court in order to have another court reporter prepare and file the reporter's record.

During the pendency of the abatement proceedings, the Court continues in effect the **ORDER** that Janice Garrett not sit as a court reporter.

We **ORDER** the Honorable Dominique Collins to transmit a record containing her findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Cornelius Jennings, Court Coordinator, Criminal District Court No. 4; Barbie Murphy, Chief Clerk, Criminal District Court No. 4; Janice Garrett, court reporter; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Michael Casillas, Dallas County District Attorney's Office; and to the Dallas County Auditor's Office.

We **ABATE** the appeal to allow the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4, to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE